FLORANCE *vs.* VAURIGAUD ET AL.

APPEAL FROM THE CITY COURT OF NEW-ORLEANS.

Appeal taken for delay and judgment affirmed, with the maximum of damages.

This is an action against the maker and endorsers of a note. There was judgment by default made final against all the parties, without any defence. Prats & Son, the endorsers, took a suspensive appeal.

*Josephs*, for the plaintiff, prayed the affirmance of the judgment, with ten per cent. damages.

*Morphy, J.*, delivered the opinion of the court.

Defendants having been sued as drawers and endorsers of a promissory note, held by plaintiff, suffered judgment by default to be taken against them, which was afterwards confirmed. Jose Prats & Son have appealed, but have not even attempted to show to this court any error in the judgment below. We must, therefore, consider delay as the only object of the appellants and grant the damages prayed for by appellee.

It is, therefore, ordered, adjudged and decreed, that the judgment of the City Court be affirmed, with costs and ten per cent. damages.